# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 5, 2012

143861 & (24)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

KWAME KILPATRICK,
      Defendant-Appellant.
_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 143861
COA: 304991
Wayne CC: 08-010496-FH

      On order of the Court, the motion to file a brief amicus curiae is GRANTED. The application for leave to appeal the August 30, 2011 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 5, 2012

h0227

_____
Clerk